FILED 02 SEP '26 16:21 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:26-CR- 00330-IM** |
| **v.** | **INDICTMENT** |
| **DAYAN JACIEL MENCIA-ARCHAGA,**<br>**and**<br>**RONALD FABRICIO OCHOA-HERNANDEZ,** | **21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846** |
| **Defendants.** | **Forfeiture Allegation** |

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Conspiracy to Distribute and Possess with Intent to Distribute Fentanyl)**
**(21 U.S.C. §§ 841(a)(1), 841(b)(1)(C), and 846)**

Beginning on or about an unknown date and continuing until on or about August 21, 2026, within the District of Oregon, defendants **DAYAN JACIEL MENCIA-ARCHAGA** and **RONALD FABRICIO OCHOA-HERNANDEZ** did knowingly and intentionally combine, conspire, confederate, and agree with each other, as well as others both known and unknown, to distribute and possess with intent to distribute fentanyl (N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide), a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C), and 846.

///

///

///

### *FORFEITURE ALLEGATION*
**(Controlled Substance Offenses)**

Upon conviction of the offense in Count 1, defendants **DAYAN JACIEL MENCIA-ARCHAGA** and **RONALD FABRICIO OCHOA-HERNANDEZ** shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of said violations.

Dated: September 2, 2026.

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

SCOTT M. KERIN, OSB # 965128
Assistant United States Attorney